Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
RITA J. SHANAHAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA J. SHANAHAN | Case No.: 2:18-cv-00484-EFB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Rita J. Shanahan and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 21 days from August 2, 2018 to August 23, 2018 for Plaintiff to file a motion for summary judgment, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This

///

///

-1-

request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel was on vacation and failed to flag this matter for an extension before leaving. Counsel is actively acting as lead counsel for an amicus in *Biestek v. Berryhill*, US SCt. Case no.: 17-1184 (whether the on demand rule for the vocational testimony applies in Social Security hearings).

DATE: August 6, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Ms. Rita J. Shanahan

DATE: August 6, 2018          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Shea L. Bond*

BY: _____
Shea L. Bond
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATED: August 8, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE