McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RITA SHANAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00484-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended by 31 days, from September 21, 2018 to October 22, 2018. The parties further stipulate that the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's brief, and to prepare Defendant's response. This request is made in good faith and

with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: September 20, 2018 */s/ Lawrence D. Rohlfing\**
(*as authorized via email on September 20, 2018)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

Dated: September 20, 2018 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
Allison J. Cheung
Assistant Regional Counsel, Region IX

ORDER

APPROVED AND SO ORDERED.

Dated: September 24, 2018.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge