MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RITA SHANAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00484-EFB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [~~PROPOSED~~] ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for further proceedings and a new decision. The Appeals Council will instruct the ALJ to perform the requisite "comparison of prior and current medical evidence" using the medical evidence underlying the prior ALJ decision dated November 13, 2009 (the comparison point decision), pursuant to 20 C.F.R. §§ 404.1594(b)(7), (c)(1).

Stip. for Voluntary Remand & Prop. Order; 2:18-cv-00484-EFB

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 4, 2018  */s/ Lawrence D. Rohlfing*
(*as authorized via email on October 3, 2018)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

Dated: October 4, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
Allison J. Cheung
Assistant Regional Counsel, Region IX

ORDER

APPROVED AND SO ORDERED.

Dated: October 9, 2018.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

Stip. for Voluntary Remand & Prop. Order; 2:18-cv-00484-EFB

2