MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RITA SHANAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00484-EFB<br><br>**STIPULATION TO EXPUNGE THE CERTIFIED ADMINISTRATIVE RECORD FILED ON JUNE 18, 2018 AND REPLACE WITH REDACTED VERSION; [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, as follows:

    1.    Pages 373 through 390 of the Certified Administrative Record filed on June 18, 2018 (see Dkt. Nos. 10, 11) have been determined to be confidential records pertaining to an individual other than Plaintiff.

    2.    Plaintiff's attorney, the Assistant United States Attorney, and the Office of the Regional Chief Counsel hereby agree to shred and/or destroy all paper and electronic copies of pages 373 through 390 of the Certified Administrative Record.

3. The parties certify that the contents of pages 373 through 390 will not be disclosed to anyone.

4. Subject to the Court's approval, all paper and electronic copies of the Certified Administrative Record filed on June 18, 2018 will be destroyed and expunged by the Court, including the document available via the Case Management and Electronic Case Filing (CM/ECF) system.

5. A Supplemental Certified Administrative Record, with appropriate redactions, will be filed by the Defendant in this action. The Supplemental Certified Administrative Record will reflect that pages 373 through 390 pertained to an individual other than the Plaintiff and have been removed.

6. The inadvertent inclusion of pages 373 through 390 will not be a basis for a claimed error and does not affect the Order Granting Stipulation to Voluntary Remand and Judgment entered by the Court on October 10, 2018 (Dkt. Nos. 22, 23).

Respectfully submitted,

Dated: October 22, 2018

*/s/ Lawrence D. Rohlfing*
(*as authorized via email on October 15, 2018)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

Dated: October 22, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
Allison J. Cheung
Assistant Regional Counsel, Region IX

## ORDER

IT IS HEREBY ORDERED that, subject to the terms of the Stipulation to Expunge, all paper and electronic copies of pages 373 through 390 of the Certified Administrative Record filed on June 18, 2018 (Dkt. Nos. 10, 11) be retrieved, shredded, and destroyed by Plaintiff's counsel, the United States Attorney's Office, the Office of the Regional Chief Counsel, and the Court. ~~Defendant shall file a Supplemental Certified Administrative Record to replace the record previously filed.~~

Dated: May 21, 2019.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge